OTIS BRIANT, DBA CACTUS REALTY, AND CLEO BULLARD, APPELLANTS, v. NEVADA REAL ESTATE COMMISSION, RESPONDENT.

No. 4728

June 29, 1964          393 P.2d 617

*Babcock & Sutton,* of Las Vegas, for Appellants.

*Harvey Dickerson,* Attorney General, of Carson City; and *W. Bruce Beckley,* Special Deputy Attorney General, of Las Vegas, for Respondent.

## OPINION

*Per Curiam:*

In a proceeding under NRS 645.690 the Nevada Real Estate Commission revoked the broker's license of Briant, and suspended the licenses of Bullard and Buckley, salesmen for Briant. The district court affirmed the commission. Briant alone[1] appeals to this court, challenging the constitutionality of NRS 645.630 which sets forth the grounds for revoking or suspending licenses issued to real estate brokers and salesmen. The record fails to show that this issue was raised below. Therefore, we decline to consider it now. Jenner v. City Council of Covina, 164 Cal.App.2d 490, 331 P.2d 176; Johnston v. DeLay, 63 Nev. 1, 158 P.2d 547, 161 P.2d 350.

---

[1]Buckley did not appeal. Bullard filed a notice of appeal, but later abandoned the matter.